# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SAM W. MCGIVERON,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CASE NO. 3:19-cv-5114 MJP-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for the calculation of benefits to be awarded.

(3)   **JUDGMENT** is for plaintiff and the case should be closed.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(4) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 16th day of September, 2019.

*[signature]*

Marsha J. Pechman
United States Senior District Judge