U.S. District Court Judge MARSHA J. PECHMAN
U.S. Magistrate Judge J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SAM W. McGIVERON,<br><br>    Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C19-5114-MJP-JRC<br><br>ORDER FOR ATTORNEYS FEES<br>PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that Plaintiff's attorney, JEANETTE LAFFOON, is awarded attorney fees of $17,853 pursuant to 42 U.S.C. § 406(b). Counsel will refund directly to Plaintiff the $4,942.85 in EAJA fees previously received.

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
[C19-5114-MJP-JRC]
- Page 1

1  DATED this __8th____ day of __June_____, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

/s/ JEANETTE LAFFOON
JEANETTE LAFFOON, WSBA #30872
Attorney for Plaintiff

DATED:  June 8, 2020

                                                  /s/ JEANETTE LAFFOON
                                                  JEANETTE LAFFOON, WSBA #30872
                                                  Attorney for Plaintiff

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
[C19-5114-MJP-JRC]
                                       - Page 2

CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing proposed ORDER FOR ATTORNEYS FEES PURSUANT TO 42 U.S.C. § 406(b) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sarah L. Martin
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS 221A
Seattle, WA  98104-7075
sarah.martin@ssa.gov

Kerry J. Keefe
Asst. U.S. Attorney
Department of Justice
U.S. Attorney's Office
700 Stewart Street, Ste 5220
Seattle, WA  98101-1271
Kerry.keefe@usdoj.gov

DATED:  June 5, 2020

/s/ Jeanette Laffoon
Jeanette Laffoon, Attorney
MADDOX & LAFFOON, P.S.
jeanettelaffoon@gmail.com
sirenad@maddox-laffoon.com